IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICKOLAS IPPOLITO and RACHEL IPPOLITO,** <br> Plaintiffs, <br><br> v. <br><br> **OFFICER DENNIS AHERNE; OFFICER RYAN MURPHY; OFFICER STEVEN SCOTT; OFFICER JOHN MCBRIDE; DETECTIVE DONALD D'GINTO; and UWCHLAN TOWNSHIP,** <br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 14-6077** |

## O R D E R

**AND NOW**, this 22nd day of October, 2015, upon consideration of Defendants' Motion for Summary Judgment [ECF No. ], the Plaintiffs' response in opposition thereto [ECF No. ], the Defendant's Reply [ECF No. ], and the Plaintiffs' Motion for Partial Summary Judgment [ECF No. ], the Defendants' response in opposition thereto, and the Plaintiffs' Reply [ECF No. ], **IT IS ORDERED** that:

1. The Plaintiffs' Motion for Partial Summary Judgment is **DENIED**;

2. The Defendants' Motion for Summary Judgment is **GRANTED** in part as to Counts I (excessive force), II (malicious prosecution), III (conspiracy), and VII (*Monell*);

3. Counts IV (assault and battery), V (false arrest), VI (false imprisonment), and VIII (loss of consortium), are **DISMISSED** pursuant to 28 U.S.C. § 1367(c);

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**